UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 13 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21CR19 SEP/SRW |
| CHRISTOPHER GREEN, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I
**(Credit Card Fraud)**

The Grand Jury charges that:

From on or about December 13, 2019 until January 7, 2020, in the Eastern District of Missouri,

CHRISTOPHER GREEN,

the Defendant herein, did knowingly and with intent to defraud, use an unauthorized access device, that is a fraudulently obtained U.S. Bank credit card account # xxxx xxxx xxxx 3291 in the name of P.P., and by such conduct obtained things of value in the aggregate amount of approximately $12,642, said use affecting interstate commerce

In violation of Title 18, United States Code, Section 1029(a)(2) and punishable under Title 18, United States Code, Section 1029(c)(1)(A)(i).

## COUNT II
**(Identity Theft)**

The Grand Jury further charges that:

On or about December 27, 2019, in the Eastern District of Missouri,

CHRISTOPHER GREEN,

the Defendant herein, did knowingly use in and affecting interstate commerce, without lawful authority, a means of identification of another person, to wit a U.S. Bank credit card, account # xxxx xxxx xxxx 3291, in the name of P.P., knowing that the means of identification belonged to another actual person, with the intent to commit unlawful activity that constitutes a violation of Federal law, to wit, credit card fraud in violation of Title 18, United States Code, Section 1029(a)(2) as set out in Count I, and as a result of the offense Defendant obtained things of value aggregating $1,000 or more during any one year period.

All in violation of Title 18, United States Code, Section 1028(a)(7) and punishable under Title 18, United States Code, Section 1028(b)(1)(D).

## COUNT III
**(Aggravated Identity Theft)**

The Grand Jury further charges that:

On or about December 30, 2019, in the Eastern District of Missouri,

CHRISTOPHER GREEN,

the Defendant herein, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States

2

Code, Section 1028A(c), to wit, credit card fraud in violation of Title 18, United States Code, Section 1029(a)(2), knowing that the means of identification belonged to another actual person.

In violation of and punishable under Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN J. WARE, #40880(MO)
Assistant United States Attorney

3